# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                              Case No. 14−31566
                                                                   Chapter 13
Willie Davis

      Debtor


## ORDER

This case is before the court on the following matter:


*25* − Rule 9007 Motion/Notice/Objection: Motion to Avoid Lien of Creditor Republic Finance filed by Joshua C. Milam on behalf of Willie Davis. Responses due by 09/29/2014. (Milam, Joshua)


It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.


      Done this 30th day of September, 2014.


                              /s/ Honorable Dwight H. Williams Jr.
                              United States Bankruptcy Judge